IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER STONER                                                                PLAINTIFF

v.                          CASE NO. 2:10CV00176 BSM

EUGENE WATLINGTEN                                                              DEFENDANT

## JUDGMENT

Pursuant to the jury verdict returned on February 11, 2014, following two days of trial, in favor plaintiff Christopher Stoner and against defendant Eugene Watlingten:

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Christopher Stoner have and recover from defendant Eugene Watlingten, damages in the amount of Five Hundred ($500) Dollars.

IT IS SO ORDERED this 14th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE