**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**CHRISTOPHER STONER**                                                                                          **PLAINTIFF**

**V.**                                    **CASE NO.  CIV-10-176 BSM**

**EUGENE WATLINGTEN**                                                                                     **DEFENDANTS**

**JOINT MOTION FOR VACATION OF JUDGMENT**

Come now the parties jointly, and respectfully request vacation of the Judgment in this matter, as follows:

1.	The parties to this case have reached a conditional resolution of this case and seek vacation of the Judgment in this case on the consent and agreement of the parties.

2.	The settlement of this matter is conditional and contingent upon the requested vacation of the Court's Judgment in this matter.

3.	The parties are satisfied with their agreement and jointly desire to resolve this case pursuant to the terms of their settlement agreement, which is conditional and contingent upon the requested vacation.

4.	The requested vacation of the Judgment will serve to the benefit of the parties and will not prejudice any party and will serve the public good by conserving judicial and party resources, including those of the Eighth Circuit Court of Appeals (in the event that the requested vacation is denied, this matter will be appealed to the Court of Appeals for further litigation).

WHEREFORE, the parties jointly and respectfully request that the Court's Judgment in this case be vacated and set aside.

Respectfully submitted,

Eugene Watlington, et al.,
*Defendants*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: owens@rainfirm.com


By:     /s/ *Jason E. Owens*
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

&

Christopher Stoner,
Plaintiff

HUFFMAN & BUTLER, PLLC
131 W. Liberty Ave.
Covington, TN 38019
Telephone (901) 726-3854
Telefax (901) 726-3539
Email: bhuffman@huffmanbutler.com


By:     /s/ Bryan Huffman
Bryan R. Huffman, Ark. Bar # 2004154[1]

---

[1] Counsel for the Plaintiff has authorized counsel for the Defendants to file this pleading on behalf of the parties jointly and to include his electronic signature.

## CERTIFICATE OF SERVICE

  I hereby certify that on March 7th, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

| | |
|---|---|
| Mr. Bryan R. Huffman | Mr. Luther O. Sutter |
| Spears, Huffman & Butler | Harrill & Sutter |
| 113 S. Market Street | P.O. Box 2012 |
| Benton, AR 72015 | Benton, AR 72018 |

    /s/   *Jason E. Owens*
   Jason E. Owens, #2003003
   Attorney for Defendants
   RAINWATER, HOLT & SEXTON, P.A.
   P.O. Box 17250
   6315 Ranch Drive
   Little Rock, Arkansas  72222-7250
   Telephone (501) 868-2500
   Telefax (501) 868-2505
   Email: owens@rainfirm.com